Annette -Lynn: McKenna
658 Brindle Drive
Clarkdale Arizona [86324]

707-480-6922

```
┌─────────────────────────────┐
│  ✗ FILED      __ LODGED     │
│    RECEIVED   __ COPY       │
│                             │
│      DEC 16 2021            │
│  CLERK U S DISTRICT COURT   │
│   DISTRICT OF ARIZONA       │
│ BY_____ DEPUTY   │
└─────────────────────────────┘
```

## IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA

Annette-Lynn: McKenna
Real Party in Interest
Holder-In-Due-Course (HDC)
Secured Party Creditor (SPC)
Principal Owner of ANNETTE LYNN MCKENNA

   -VS-

HP INC; et.al                                    **CV21-08271-PCT-JAT**
CT Corporation
330 North Brand Blvd
Glendale California [91203]

Enquire Lores, d/b/a:  HP Inc CEO
339 Verano Dr.
Los Altos California [94022-2345]

Christoph Shell, d/b/a: HP Inc Chief Commercial Officer
4180 Manuela Ave
Palo Alto California [94306-3702]

Tuan A. Tran, d/b/a: HP Inc Print Staff
9507 NE 105th Ave.
Vancouver, Washington [98662]

Grad Rosenbaum, d/b/a: HP Inc VP and GM Print Services and Solutions
21 Leanne Dr Apt 2313
North Andover, Massachusetts [01845]

Dave Prezzano, d/b/a: HP Inc Managing Director,
Northwest Europe Market Foreign Service Expats
1501 Page Mill Road
Palo Alto California [94304]

Tashi Theisman, d/b/a: HP Inc Head of Global Benefits
and Employee Mobility
1501 Page Mill Road
Palo Alto California [94304]

Tracy Keogh, d/b/a: former HP Inc. Chief Human Resources Officer
1501 Page Mill Road
Palo Alto California [94304]

Dan Barrett, d/b/a: HP Inc Director of N.A. Solutions
26 Mohawk Drive
Clarendon Hills Illinois [60514]

Nicolina Marzicola, d/b/a: HP Inc HR Lead, Enterprise COVID-19 PMO
1501 Page Mill Road
Palo Alto California [94304]

Aida Alvarez, d/b/a: HP Board of Director
107 Requa Rd
Piedmont, California [94611]

Robert R. Bennett, d/b/a: HP Board Director
1501 Page Mill Road
Palo Alto California [94304]

Chip Bergh, d/b/a: HP Board of Director
1501 Page Mill Road
Palo Alto California [94304]

Bruce Broussard, d/b/a: HP Board of Director
1501 Page Mill Road
Palo Alto California [94304]

Richard L. Clemmer, d/b/a: HP Board of Director
1501 Page Mill Road
Palo Alto California [94304]

Jami Miscik, d/b/a: HP Board of Director
1501 Page Mill Road
Palo Alto California [94304]

Stacy Brown-Philpot, d/b/a: HP Board of Director
1501 Page Mill Road
Palo Alto California [94304]

Mary Anne Citrino, d/b/a: HP Board of Director
37 Noyac Bay Ave,
Sag Harbor New York [11963-1510]

Shumeet Banerji, d/b/a: HP Board of Director
160 W. 62nd St. Apartment 42 C.
New York New York [10023-7540]

Subra Suresh, d/b/a: HP Board of Director
3962 Georgetown Ct, N.W.
Washington D.C. [200007-2127]

United States Department of Health and Human Services
Centers for Disease Control and Prevention et; al
1600 Clifton Rd
Atlanta Georgia [30329]

Dr. Robert R. Redfield
d/b/a: Director, Centers for Disease Control and Prevention
1600 Clifton Rd.
Atlanta Georgia [30329]

U.S. Department of Health and Human Services
d/b/a:  Roger Severin
o Director, Office of Civil Rights
200 Independence Ave S.W.
Washington D.C. [20201]

Assistant Attorney General, Civil Rights Division
U.S Department of Justice
d/b/a: Eric S. Dreiband, US Trustee (28 USC 581)
200 Independence Ave S.W.
Washington D.C. [20520]

United States Acting United States Attorney General (28 USC 581)
District of Arizona; d/b/a/Glen McCormick CRIMINAL DIVISION
2005 N. Central Ave
Phoenix Arizona [85004-2926]

United States Attorney
District of Arizona
d/b/a: Gary M. Restaino, US Trustee (28 USC 581)
40 N. Central #1200
Phoenix Arizona [85004]

United States Attorney for the State of Arizona
d/b/a:  Mark Brnovich, US Trustee (28 USC 581)
2005 N. Central Ave.
Phoenix Arizona [85004-2926]

Governors of All States Issuing Executive Orders
abridging the 1st Amendment of the Constitution

Governor of The State of Arizona
D/B/A: Doug Ducey
1700 W. Washington St, 9th Floor
Phoenix, Arizona [85007]

Governor of The State of Alabama
D/B/A: Kay Ivey
600 Dexter Avenue
Montgomery, Alabama [36130]

Governor of The State of Alaska
D/B/A: Mike Dunleavy
120 East 4th Street
Juneau, Alaska [99801]

Governor of The State of Arkansas
D/B/A: Asa Hutchinson
250 State Capitol Bldg.
Little Rock, Arkansas [72201]

Governor of The State of California
D/B/A: Gavin Newsom
1303 10th Street, Suite 1173
Sacramento, California  [95814]

Governor of The State of Colorado
D/B/A: Jared Polis
136 State Capitol Bldg.
Denver, Colorado  [80203]

Governor of The State of Connecticut
D/B/A: Ned Lamont
210 Capitol Ave.
Hartford, Connecticut  [06106]

Governor of The State of Delaware
D/B/A: John Carney
820 N. French Street, 12th Floor
Wilmington, Delaware [19801]

Governor of The State of Georgia
D/B/A: Brian Kemp
206 Washington Street
111 State Capitol
Atlanta, Georgia [30334]

Governor of Guam
D/B/A: Lourdes Aflague Leon Guerrero
Ricardo J. Bordallo Complex
513 West Marine Corps Drive
Hagatna, Guam [96910]

Governor of The State of Hawaii
D/B/A: David Ige
Executive Chambers
State Capitol
Honolulu, Hawaii [96813]

Governor of The State of Idaho
D/B/A: Brad Little
350 N. 9th Street
Boise, Idaho [83701]

Governor of The State of Illinois
D/B/A: J.B. Pritzker
207 State House
Springfield, Illinois [62706]

Governor of The State of Indiana
D/B/A: Eric Holcomb
206 State House
Indianapolis, Indiana [46204]

Governor of The State of Iowa
D/B/A: Kim Reynolds
1007 East Grand Ave
Des Moines, Iowa [46204]

Governor of The State of Kansas
D/B/A: Laura Kelly
300 S.W. 10th Ave.
Topeka, Kansas [66612]

Governor of The State of Kentucky
D/B/A: Andy Beshear
700 State Capitol, Suite 100
Frankfort, Kentucky [40601]

Governor of The State of Louisiana
D/B/A: Bel Edwards
125 E Pine St.
Ponchatoula, Louisiana [70454]

Governor of The State of Maine
D/B/A: Janet Mills
1 State House Station
Augusta, Maine [04333]

Governor of The State of Maryland
D/B/A: Larry Hogan
State House
100 State Circle
Annapolis, Maryland  [21401]

Governor of The State of Massachusetts
D/B/A: Charlie Baker
24 Beacon St., Room 280
Boston, Massachusetts  [02133]

Governor of The State of Michigan
D/B/A: Gretchen Whitmer
100 N Capitol Ave
Lansing, Michigan [48933]

Governor of The State of Minnesota
D/B/A: Tim Walz
130 State Capitol
St. Paul, Minnesota [55155]

Governor of The State of Mississippi
D/B/A: Tate Reeves
550 High St. Sillers Building, 19th Floor
Jackson, Mississippi [39201]

Governor of The State of Missouri
D/B/A:  Mike Parson
201 W Capitol Ave.
Jefferson City, Missouri  [65101]

Governor of The State of Montana
D/B/A:  Greg Gianforte
204 State Capitol
Helena, Montana [59620]

Governor of The State of Nebraska
D/B/A: Pete Ricketts
1445 K Street
Lincoln, Nebraska [68508]

Governor of The State of Nevada
D/B/A: Steve Sisolak
Executive Chambers, Capitol Complex
101 N. Carson Street
Carson City, Nevada [89710]

Governor of The State of New Hampshire
D/B/A: Chris Sununu
208-214 State House
Concord, New Hampshire [03301]

Governor of The State of New Jersey
D/B/A: Phil Murphy
225 W State St
Trenton, New Jersey [08608]

Governor of The State of New Mexico
D/B/A: Michelle Lujan Grisham
490 Old Santa Fe Trail Room 400
Santa Fe, New Mexico [87501]

Governor of The State of New York
D/B/A: Kathy Hochul
NYS State Capitol Building
Albany, New York [12224]

Governor of The State of North Carolina
D/B/A: Roy Cooper
116 W. Jones St.
Raleigh, North Carolina [27603]

Governor of The State of North Dakota
D/B/A: Doug Burgum
State Capitol
600 E. Boulevard Ave.
Bismarck, North Dakota [58505]
Governor of The State of Ohio
D/B/A: Mike DeWine
Vern Riffe Ctr.
77 S. High St., 30th Fl.
Columbus, Ohio [43215]

Governor of The State of Oklahoma
D/B/A: Kevin Stitt
2300 N. Lincoln Blvd.–Room 212
Oklahoma City, Oklahoma [73105]

Governor of The State of Oregon
D/B/A: Kate Brown
254 State Capitol
Salem, Oregon [97310]

Governor of The State of Pennsylvania
D/B/A: Tom Wolf
225 Main Capitol Bldg.
Harrisburg, Pennsylvania [17120]

Governor of Puerto Rico
D/B/A: Pedro Pierluisi Urrutia
La Fortaleza, San Juan, Puerto Rico [00901]

Governor of The State of Rhode Island
D/B/A: Daniel McKee
82 Smith Street
Providence, Rhode Island [02903]

Governor of The State of South Carolina
D/B/A: Henry McMaster
1100 Gervais Street
Columbia, South Carolina [29201]

Governor of The State of Tennessee
D/B/A: Bill Lee
State Capitol, 1st Floor
600 Dr. Martin L. King, Jr. Blvd.
Nashville, Tennessee [37243]

Governor of The State of Texas
D/B/A: Greg Abbott
State Insurance Building
1100 San Jacinto
Austin, Texas [78701]

Governor of The State of Utah
D/B/A: Spencer Cox
210 State Capitol
Salt Lake City, Utah [84114]

Governor of The State of Vermont
D/B/A: Phil Scott
Pavilion Office Bldg., 5th Fl.
109 State St.
Montpelier, Vermont [05609]

Governor of The State of Virginia
D/B/A: Ralph Northam
State Capitol
1000 Bank St
Richmond, Virginia [23219]

Governor of The State of Washington
D/B/A: Jay Inslee
Legislative Bldg.
416 Sid Snyder Ave SW
Olympia, Washington [98501]

Governor of The State of West Virginia
D/B/A: Jim Justice
State Capitol Building
1900 Kanawha Blvd E.
Charleston, West Virginia [25305]

Governor of The State of Wisconsin
D/B/A: Tony Evers
State Capitol
Across from 1 E. Main St.
Madison, Wisconsin [53703]

Governor of The State of Wyoming
D/B/A: Mark Gordon
State Capitol
200 West 24th Street
Cheyenne, Wyoming [82002]

OTHER PARTIES NAMED

National Institute of Allergy and Infectious Diseases
Anthony Fauci, d/b/a: Director of the National Institute of Allergy and Infectious
Diseases and the Chief Medical Advisor to the President
5601 Fishers Ln, Mailstop 2520
North Bethesda, Maryland [20852]

Centers for Disease Control (CDC)
Rochelle P. Walensky, d/b/a: Director of the Centers for Disease Control (CDC)
1600 Clifton Road
Atlanta, Georgia [30333]

Centers for Disease Control (CDC)
Anne Schuchat, d/b/a: CDC Deputy Director
1600 Clifton Road
Atlanta, Georgia [30333]

Centers for Disease Control (CDC)
Sherri A. Berger, d/b/a: CDC Chief of Staff
1600 Clifton Road
Atlanta, Georgia [30333]

Centers for Disease Control (CDC)
Mitchell Wolfe, dba CDC Chief Medical Officer
1600 Clifton Road
Atlanta, Georgia [30333]

Centers for Disease Control (CDC)
Jeff Reczek, dba CDC Director, Washington Office
395 E Street SW, Suite 9100
Washington DC [20201]

Jeff Zients, d/b/a: COVID Czar
White House Counsel's Office
1600 Pennsylvania Ave NW
Washington, DC [20550]

Cityblock Health Inc.
Andy Slavitt, d/b/a: former COVID Senior Advisor
and d/b/a: CEO Cityblock Health
55 Washington Street Unit 552
New York, New York [10006]

U.S. Department of Health and Human Services
Xavier Becerra, d/b/a: HHS Secretary
200 Independence Avenue, S.W.
Washington, D.C. [20201]

U.S. Department of Health and Human Services
Rachel Levine, d/b/a: HHS Assistant Secretary
200 Independence Avenue, S.W.
Washington, D.C. [20201]

Pfizer
Albert Bourla, d/b/a: Pfizer Chief Executive Officer (CEO)
14 Canterbury Rd.
Scarsdale, New York [10583]

Moderna
Stephane Bancel. d/b/a: Moderna CEO
200 Technology Square
Cambridge, Massachusetts [02319]

Johnson & Johnson
Alex Gorsky, d/b/a: Johnson & Johnson CEO
One Johnson & Johnson Plaza
New Brunswick, New Jersey 08933

Teva Pharmaceuticals
Kare Schultz, d/b/a: Teva CEO
400 Interpace Parkway, #3
Parsippany, New Jersey [07054]

Regeneron Pharmaceuticals, Inc.
Leonard S. Schleifer, MD, PhD, d/b/a: Regeneron CEO
777 Old Saw Mill River Rd,
Tarrytown, New York [10591]

AstraZeneca Pharmaceuticals LP
Pascal Claude Roland Soriot, d/b/a: AstraZeneca CEO
1 Francis Crick Avenue, Cambridge Biomedical Campus,
Cambridge, United Kingdom, CB2 0AA

Joseph Biden, allegedly d/b/a: United States President
1600 Pennsylvania Ave NW
Washington, DC [20500]

California Department of Social Services
Kimberly Johnson, d/b/a: Director
744 P Street
Sacramento, California [95814]

Southwestern Eye Center
Dr. Lothaire Bluth, d/b/a: President
1055 S Stapley Dr.
Mesa, Airzona [85204]

Those operating in convert with them known as:
**Jane and John Does**. 1-10,000,000
**ABC ENTITIES**, 1-10,000,000

## INTRODUCTION

Now Comes Aggrieved party (U.C.C. §1-201(2)) Annette-Lynn: McKenna
(hereinafter Aggrieved party), Sui Juris, Secured Party (U.C.C. §9-105), NON-
PERSON (UCC §1-201 (27)), NON-CITIZEN, NON-RESIDENT, NON-DEBTOR **(28**
**U.S.C. §3002 (4))**, **NON-CORPORATED, NON-FICTION, NON-SUBJECT, NON-**
**PARTICIPANT in any government programs, a Living flesh and blood Woman**
**standing on** the ground, SPC, under Special Appearance (Rule 8 (E)) not Generally,
NON-DEFENDANT (U.C.C. §1-201 (14)), Holder-In-Due -Course (U.C.C. §3-302 (A)
(2)) of all documentation (U.C.C. §5-102 (6)) of the "Entity" Cestui Que Vie trust
Annette-Lynn: McKenna ©TM, representing the Corporate Fiction ANNETTE LYNN
MCKENNA. **Under no circumstances** is the Plaintiff "Pro Se" as this Complaint is filed
under the Holder-In-Due-Course; Annette-Lynn: McKenna of the "Cestui Que Vie
trust" of ANNETTE LYNN MCKENNA.

**For The Claimant, is "transient foreigner" without legal domicile as defined in (28**
**U.S.C. 1332 (d), 4 U.S.C. 110 (d)]**. In the event that the "State" (Legal Fiction) makes a
claim against claimant(s) herein declares his "person" to be "stateless person" and outside
any/all general jurisdiction of the federal government. [All "stateless persons" fail to be
subject to the jurisdiction of any/all courts because they are domiciled outside of the
general jurisdiction of the federal government].

FACTS

On April 25, 2003, the United States Department of Health and Human Services Centers for Disease Control and Prevention (hereinafter, "CDC") filed an application for a United States (Application Number US46592703P, subsequently issued as U.S. Patent 7,776,521) entitled "Coronavirus isolated from humans". A method of detecting a severe acute respiratory syndrome-associated coronavirus (SARS-CoV) in a sample...; and, a kit for detecting a severe acute respiratory syndrome associated coronavirus (SARS-CoV) in a sample..., provided the CDC with a statutory market exclusion right the detection of and sampling for severe acute respiratory syndrome-associated coronavirus (SARS-CoV). Securing this right afforded the CDC exclusive right to research, commercially exploit, or block others from conducting activities involving SARS-CoV. On September 24, 2018, the CDC failed to pay the required maintenance fees on this patent and their rights expired. From April 2003 until September 2018, the CDC owned SARS-CoV, its ability to be detected and the ability to manufacture kits for its assessment. During this 15-year period, the effect of the grant of this right – **ruled in the case of Association for Molecular Pathology et al. v. Myriad Genetics – meant unconstitutional in 2013 by the United States Supreme Court that the commercial exploitation of any research or commercial activity in the United States during the period of patent enforcement and after the Supreme Court ruling confirming that patents on genetic material was illegal**, the CDC and National Institute of Allergy and Infectious Diseases (hereinafter "NIAID") entered **into trade** among States (including, but not limited to working with Ecohealth Alliance Inc.) and with foreign nations (specifically, **the Wuhan Institute of Virology** and the Chinese Academy of Sciences) through the 2014 et seq National Institutes of Health Grant R01AI110964 to exploit their patent rights. It is further alleged that, during the period of patent enforcement and after the Supreme Court ruling confirming that patents on genetic material was illegal, the CDC and National Institute of Allergy and Infectious Diseases (hereinafter "NIAID") entered into trade among States (including, but not limited to working with University of North Carolina, Chapel Hill) and with foreign nations (specifically, the Wuhan Institute of Virology and the Chinese Academy of Sciences represented by Zheng-Li Shi) through U19AI109761 (Ralph S. Baric),

U19AI107810 (Ralph S. Baric), and National Natural Science Foundation of China Award 81290341 (Zheng-Li Shi) et al. It is further alleged that, during the period of patent enforcement and after the Supreme Court ruling confirming that patents on genetic material was illegal, the CDC and National Institute of Allergy and Infectious Diseases (hereinafter "NIAID") **entered into trade** among States (including, but not limited to working with University of North Carolina, Chapel Hill) and with foreign nations to conduct chimeric construction of novel coronavirus material with specific virulence properties despite the prior to, during, and following the determination made by the National Institutes for Health in October 17, 2014 that this work was not sufficiently understood for its biosecurity and safety standards. In this allegation, it is presumed that the CDC and its associates were: a) fully aware of the work being performed using their patented technology; b) entered into explicit or implicit agreements including licensing, or other consideration; and, c) willfully engaged one or more foreign interests to carry forward the exploitation of their proprietary technology when the U.S. Supreme Court confirmed that such patents were illegal and when the National Institutes of Health issued a moratorium on such research. The aforementioned items constitute, "contract, combination in the form of trust or otherwise, or conspiracy," as defined under 15 US Code § 1. Under 15 U.S. Code § 1 (the Sherman Antitrust Act) "Every contract, combination in the form of trust or otherwise, or conspiracy, in restraint of trade or commerce among the several States, or with foreign nations, is declared to be illegal. Every person who shall make any contract or engage in any combination or conspiracy hereby declared to be illegal shall be deemed guilty of a felony, and, on conviction thereof, shall be punished by fine not exceeding $100,000,000 if a corporation, or, if any other person, $1,000,000, or by imprisonment not exceeding 10 years, or by both said punishments, in the discretion of the court." Reportedly, in January 2018, the U.S. Embassy in China sent investigators to Wuhan Institute of Virology and found that, "During interactions with scientists at the WIV laboratory, they noted the new lab has a serious shortage of appropriately trained technicians and investigators needed to safely operate this high-containment laboratory." The Washington Post reported that this information was contained in a cable dated 19 January 2018. Over a year later, in June 2019, the CDC

conducted an inspection of Fort Detrick's U.S. Army Medical Research Institute of Infectious Diseases (hereinafter "USAMRIID") and **ordered it closed** after alleging that their inspection found biosafety hazards. A report in the journal Nature in 2003 (423(6936): 103) reported cooperation between CDC and USAMRIID on coronavirus research followed by considerable subsequent collaboration. The CDC, for what appears to be the same type of concern identified in Wuhan, elected to continue work with the Chinese government while closing the U.S. Army facility. Reportedly, on December 31, 2019, the Chinese government informed the World Health Organization (WHO) that a number of cases of suspected coronavirus-associated SARS cases were being treated in the area of Wuhan. The CDC reported the first case of SARS-CoV like illness in the United States in January 2020 with the CDC's Epidemic Intelligence Service reporting 650 clinical cases and 210 tests. Given that the suspected pathogen was first implicated in official reports on December 31, 2019, one can only conclude that CDC: a) had the mechanism and wherewithal to conduct tests to confirm the existence of a "novel coronavirus"; or, b) did not have said mechanism and falsely reported the information in January. It tests credulity to suggest that the WHO or the CDC could manufacture and distribute tests for a "novel" pathogen when their own subsequent record on development and deployment of tests has been shown to be without reliability. Notwithstanding, the CDC and WHO elected to commit to a narrative that a novel coronavirus – exhibiting properties that were anticipated in the U.S. Patent 7,618,802 issued to the University of North Carolina Chapel Hill's Ralph Baric – and, in the absence of testing protocols, elected to insist that SARSCoV-2 was the pathogen responsible for conditions that were consistent with moderate to severe acute respiratory syndrome. On March 4, 2020, California Governor Gavin Newsome violated the law of the State of California by issuing Executive Order N-33-20 based on the "threat of COVID-19" with no evidence that such threat existed as confirmed by serology or confirmed immunologic evidence. The Government Code sections cited in the Order (Government Code sections 8567, 8627, and 8665) require that criteria be met which do not include the "threat" of any condition but evidence of said condition. At that time, neither the CDC nor the WHO had sufficient testing in place to: a) confirm and isolate "a novel coronavirus" from other coronaviruses; b)

California did not have pathology data to suggest that an epidemic was imminent; and, c) the rest of the United States was equally incapable of making any such assessment as a result of the aforementioned conspiring parties' actions. Governor Newsome's Executive Order, followed by numerous other similar orders, all are based on the threat of a thing that may or may not exist. Around March 12, 2020, in an effort to enrich their own economic interests by way of securing additional funding from both Federal and Foundation actors, the CDC and WHO elected to suspend testing and classify COVID-19 by capricious symptom presentation alone. At present, the standard according to the Council of State and Territorial Epidemiologists Interim-20-ID-01 for COVID-19 classification is: In outpatient or telehealth settings at least two of the following symptoms: fever (measured or subjective), chills, rigors, myalgia, headache, sore throat, new olfactory and taste disorder(s) OR at least one of the following symptoms: cough, shortness of breath, or difficulty breathing OR Severe respiratory illness with at least one of the following: • Clinical or radiographic evidence of pneumonia, or • Acute respiratory distress syndrome (ARDS). AND No alternative more likely diagnosis Laboratory Criteria for Reporting ● Detection of SARS-CoV-2 RNA in a clinical specimen using a molecular amplification detection test. ● Detection of specific antigen in a clinical specimen. ● Detection of specific antibody in serum, plasma, or whole blood indicative of a new or recent infection.* *serologic methods for diagnosis are currently being defined Not surprisingly, after inflicting grave harm to the citizens of the United States of America in economic hardships resulting from their allegation of an "epidemic" or "pandemic", the CDC and the NIAID set forth, and the **President of the United States and various Governors in the respective States promulgated standards for lifting conditions in violation of the 1st Amendment to the Constitution that serve exclusively to enrich them.** Both the presence of a vaccine or treatment and, or, the development of testing – both that solely benefit the conspiring parties and their co-conspirators – are set as a condition for re-opening the country. **This is an unambiguous violation of the Sherman Act and must be prosecuted immediately to the full extent of the law.**

## CRIMES ALLEGED

### Violations of First Amendment Rights

1. Congress shall make no law respecting an establishment of religion or prohibiting the free exercise thereof; or abridging the freedom of speech, or of the press; or the right of the people peaceably to assemble, and to petition the Government for a redress of grievances. The five freedoms it protects: **speech, religion, press, assembly, and the right to petition the government**.

2. Sherman Act Violation; The Sherman Act outlaws "every contract, combination, or conspiracy in restraint of trade," and any "monopolization, attempted monopolization, or conspiracy or combination to monopolize." Long ago, the Supreme Court decided that the Sherman Act does not prohibit *every* restraint of trade, only those that are *unreasonable*. For instance, in some sense, an agreement between two individuals to form a partnership restrains trade, but may not do so unreasonably, and thus may be lawful under the antitrust laws. On the other hand, certain acts are considered so harmful to competition that they are almost always illegal. These include plain arrangements among competing individuals or businesses to fix prices, divide markets, or rig bids. These acts are "*per se*" violations of the Sherman Act; in other words, no defense or justification is allowed.

The penalties for violating the Sherman Act can be severe. Although most enforcement actions are civil, the Sherman Act is also a criminal law, and individuals and businesses that violate it may be prosecuted by the Department of Justice. Criminal prosecutions are typically limited to intentional and clear violations such as when competitors fix prices or rig bids. The Sherman Act imposes criminal penalties of up to $100 million for a corporation and $1 million for an individual, along with up to 10 years in prison. Under federal law, the maximum fine may be increased to twice the amount the conspirators gained from the illegal acts or twice the money lost by the victims of the crime, if either of those amounts is over $100 million.

The Federal Trade Commission Act bans "unfair methods of competition" and "unfair or deceptive acts or practices." The Supreme Court has said that all violations of the Sherman

Act also violate the FTC Act. Thus, although the FTC does not technically enforce the Sherman Act, it can bring cases under the FTC Act against the same kinds of activities that violate the Sherman Act. The FTC Act also reaches other practices that harm competition, but that may not fit neatly into categories of conduct formally prohibited by the Sherman Act. Only the FTC brings cases under the FTC Act.

3. **Patent Fraud** -Title 35 USC §101; Guidance--The discussion of Section 101 on Bitlaw Guidance is divided into these four pages:

- What is a Section 101 Rejection See Exhibit "A" From Justice Clarence Thomas
- Applying Step One of the Alice test,
- Applying Step Two of the Alice test, and quoted By U.S. Supreme Court:

**ruled in the case of Association for Molecular Pathology et al. v. Myriad Genetics – meant unconstitutional in 2013 by the United States Supreme Court that the commercial exploitation of any research or commercial activity in the United during the period of patent enforcement and after the Supreme Court ruling confirming that patents on genetic material was illegal**. The perpetrators of the so-called "covid-19" **"Synthetic Pathogen"** violated Title 35 USC 101, patent fraud and that said **"Synthetic Pathogen"** is admitted as a biowarfare agent.

Whereas: The Spike Protein of SARS-CoV-2 virus is the direct result of Gain-of-Function (GoF) research on Corona Viruses. and :This Gain-of-Function research was funded by U.S. taxpayers via Federal Agencies, including but not limited to, the NIH, NIAID, DOD, HHS, NSF, and the USAID; and: These Federal Agencies have paid monies to multiple Universities, Public and Private Corporations for Gain-of-Function research, in addition to and including but not limited to, **Peter Daszak of EcoHealth**, who subsequently funneled these monies including but not limited to, **Professor Ralph Baric at the University of North Carolina – Chapel Hill, and Professor Shi Zhengli at the Wuhan Institute of Virology; and Whereas: the Constitution of the United States of America does not empower the Senate or the Executive Branch of the U.S. Federal Government with the power or authority to regulate medical care;** Whereas: physicians have been prevented from practicing medical care of patients as they and their patients deem medically appropriate, following actions taken by the

Federal Government including but not limited to Administrative agencies including the NIH, NIAID, CDC, PHS, FDA, and HHS; and Whereas: this has resulted in a pandemic that has cost more American lives than any war in U.S. history including WWII, The Civil War, or all other U.S. Wars combined. and The EUA documents filed by **Pfizer,** Moderna, and **Janssen** all demonstrate that the use of these Experimental Drug/Vaccines that include either the mRNA or dsDNA of the Spike Protein produced by this Gain-of-Function Research, do NOT statistically reduce the incidence of COVID-19, or deaths from COVID-19, and Whereas: by definition this Spike Protein is pursuant to the terms and conditions of the Biological Weapons Convention Treaty (BWCT) a direct violation of the Biological Weapons Convention Treaty; and Whereas: the failure to provide the required written Informed Consent to individuals being given these Experimental Drug Vaccine (Biological Agents), make the injection of these Experimental Drug Vaccines (Biological Agents) by definition; a violation of (1) The 1947 Nuremberg Code, (2) The International Covenant on Civil and Political Rights (ICCPR) Treaty, (3) The 1964 Declaration of Helsinki, and (4) The American Medical Association (AMA) Code of Ethics. We hereby respectfully and formally request: That the President and Congress of the United States of American begin the immediate investigation of those involved in Gain-of-Function research, and that the investigation specifically include the investigation of those individuals and agencies responsible for the investment and development of the SARS-CoV-2 virus. That these individuals be held legally and criminally accountable for their actions in violation including but not limited to the U.S. Statutory violations as well as violations of the BWC Treaty, the ICCPR Treaty, and The Declaration of Helsinki. We hereby respectfully and formally request: Legislative and Executive action to ban the funding and development of such Gain-of-Function research, and the immediate cessation of such research currently being conducted and a return of such funding to the agencies or individuals that dispensed said funding. We hereby respectfully and formally request: **Legislative and Executive action to ban any Federal interference with the practice of medicine and to refrain from any further interference with the practice of medicine.** We hereby respectfully and formally request: Legislative and Executive action to ban any mask or drug vaccine (biologics) mandates or requirements of U.S.

citizens including but not limited to travel, entry into places of business, or other activities consistent with the practices and principles of the U.S. Constitution and Amendments to the Constitution.

**4. Biowarfare - Title 18 USC §2441 (<u>Biological Weapons Anti-Terrorism Act of 1989 (BWATA)</u>**, Pub. L.101-298, enacted May 22, 1990)/any micro-organism, virus, infectious substance, or biological product that may be engineered as a result of biotechnology, or any naturally occurring or bioengineered component of any such microorganism, virus, infectious substance, or biological product, capable of causing death, disease, or other biological malfunction in a human, an animal, a plant, or another living organism; deterioration of food, water, equipment, supplies, or material of any kind or deleterious alteration of the environment.

**5. HOMICIDE CRIMES**

A. Definition and classification

<u>A homicide is the killing of one human being by another human being.</u> At common law, homicides are classified as:

1)      Justifiable – justifiable homicides are those committed or authorized by law and not punishable.

2)      Excusable – excusable homicides are those in which the killer is to some extent at fault but where circumstances do not justify infliction of full punishment for criminal homicide, i.e., the killing is criminal, but the penalty is reduced.

3)      <u>Criminal – criminal homicide is any killing that is neither justified nor excusable – murder of manslaughter. Modern statutes often add to homicide law the additional offense of negligent homicide.</u>


**C. Felony Murder**

<u>A killing, even if accidental, will be murder if it was caused with the **intent to commit a felony.**</u> The rule provides that any killing committed during the course of a felony is murder. <u>No intent to kill or other mental state regarding the occurrence of death is required, thus, this is a form of limited liability.</u> Some courts require that the <u>death of another have been a foreseeable result of the felony</u> as a condition of applying the felony murder rule. A number of states limit the felony murder rule to underlying felonies of a

specific nature – this approach requires that the predicate felony be a dangerous one. <u>All courts agree that the killing must be caused in the perpetration of the **predicate felony.**</u>

G.     General Problems Relating to Homicide Liability

Under the common law rule the "year and a day" rule applies wherein if a death occurs within a year and a day from the time of the offense the offender is deemed to have caused the death in question. The "year and a day" rule has been abandoned by the modern statutory system of laws.

It has been argued that the case of Jacobson v. Massachusetts, 197 U.S. 11 (1905), gives sweeping authority for the State/Federal Legislature to issue orders to "vaccinate" anyone and everyone in their jurisdiction. However, the Supreme Court also ruled in said case that

> "While a **<u>local regulation</u>**, even if based on the acknowledged police power of a State, <u>must always yield in case of conflict with the exercise by the General Government of any power it possesses under the Constitution, the mode or manner of exercising its police power is wholly within the discretion of the State so long as the Constitution of the United States is not contravened, or any right granted or secured thereby is not infringed, or not exercised in such an arbitrary and oppressive manner as to justify the interference of the courts to prevent wrong and oppression."</u>

<u>6. The Clayton Act addresses specific practices that the Sherman Act does not clearly prohibit, such as mergers and interlocking directorates (that is, the same person making business decisions for competing companies). Section 7 of the Clayton Act prohibits mergers and acquisitions where the effect "may be substantially to lessen competition, or to tend to create a monopoly." As amended by the Robinson-Patman Act of 1936, the Clayton Act also bans certain discriminatory prices, services, and allowances in dealings between merchants. The Clayton Act was amended again in 1976 by the Hart-Scott-Rodino Antitrust Improvements Act to require companies planning large mergers or acquisitions to notify the government of their plans in advance. The Clayton Act also authorizes private parties to sue for **triple damages** when they have been harmed by</u>

conduct that violates either the Sherman or Clayton Act and to obtain a court order prohibiting the anticompetitive practice in the future.

In addition to these federal statutes, most states have antitrust laws that are enforced by state attorneys general or private plaintiffs. Many of these statutes are based on the federal antitrust laws.

## Moderna Knowledge of Violations

M·CAM and Knowledge Ecology International have independently confirmed that Moderna has violated U.S. law in failing to disclose the U.S. government's funding interest in their patents and patent applications. While this negligence impacts all of Moderna's over 130 granted U.S. Patents, it is particularly problematic for U.S. Patent 10,702,600 ('600) which is the patent relating to, "a messenger ribonucleic acid (mRNA) comprising an open reading frame encoding a betacoronavirus (BetaCoV) S protein or S protein subunit formulated in a lipid nanoparticle." The specific claims addressing the pivot to the SARS Coronavirus were patented on March 28, 2019 – 9 months before the SARS CoV-2 outbreak! Both the patent and the DARPA funding for the technology were disclosed in scientific publication (New England Journal of Medicine) but the government funds were not acknowledged in the patent. In 2013, the Autonomous Diagnostics to Enable Prevention and Therapeutics (ADEPT) program awarded grant funding to Moderna Therapeutics for the development of a new type of vaccine based on messenger RNA. The initial DARPA grant was W911NF-13-1-0417. The company used that technology to develop its COVID-19 vaccine, currently undergoing Phase I clinical trials in conjunction with NIH. 29 Under the Federal Acquisition Regulation (FAR) rules, contractor to the Federal Government must provide information regarding intellectual property infringement issues as part of their contract. Under FAR §27.201-1(c) and (d), the Government both requires a notice of infringement or potential infringement as well as retention of economic liability for patent infringements. Specifically, in FAR §52.227.3 (a), the "Contractor shall indemnify the Government and its officers, agents, and employees against liability, including costs for infringement of any United States Patent…". In addition to the patents cited by the USPTO in their examination of '600,

M-CAM has identified fourteen other issued patents preceding the 600 patent which were used by patent examiners to limit patents arising from the same funded enjoys hundreds of millions of dollars of funding allegiance and advocacy **from Anthony Fauci** and his NIAID, since inception, it has been engaged in illegal patent activity and demonstrated contempt for U.S. Patent law. To make matters worse, the U.S. Government has given it financial backing in the face of undisclosed infringement risks potentially contributing to the very infringement for which they are indemnified. 29 https://crsreports.congress.gov/product/pdf/IN/IN11446 21 C.F.R. § 50.24 et seq., Illegal Clinical Trial It is unlawful to conduct medical research (even in the case of emergency) without a series of steps taken to: a. Establish the research with a duly authorized and independent institutional review board; b. Secure informed consent of all participants including a statement of risks and benefits; and, c. Engage in consultation with the community in which the study is to be conducted. Dr. Anthony Fauci has forced upon the healthy population of the United States an unlawful clinical trial in which the U.S. Department of Health and Human Services are extrapolating epidemiologic data. No informed consent has been sought or secured for any of the "medical countermeasures' ' forced upon the population and no independent review board – as defined by the statute – has been empaneled. Through April 2020, the official recommendation by the Journal of the American Medical Association was unambiguous. "Face masks should not be worn by healthy individuals to protect themselves from acquiring respiratory infection because there is no evidence to suggest that face masks worn by healthy individuals are effective in preventing people from becoming ill."30 Part of that lack of evidence in fact showed that cloth face masks actually increased influenza-linked illness.31 In contravention to established science, States, municipalities, and businesses have violated the legal requirements for the promulgation of medical counter measures during a public health emergency stating a "**belief**" that face masks limit the spread of SARS CoV-2. **To date**, not a single study has confirmed that a mask prevented the transmission of, or the infection by SARSCoV-2. All parties mandating the use of facemasks are not only willfully ignoring established science but are engaging in what amounts to a whole population clinical trial. This conclusion is reached by the fact that facemask use, and COVID-19 incidence are being reported in scientific opinion pieces

promoted by the United States Centers for Disease Control and Prevention and others.32 Social distancing of up to 6 feet has been promoted as a means of preventing person-to-person transmission of influenza-like viruses. While one study hypothesized that infection could happen in a 6 foot range, the study explicitly states that person-to-person transfer was not tested and viability of the virus at 6 feet was not even a subject of the investigation.33 That didn't stop the misrepresentation of the study to be used as the basis for an unverified medical countermeasure of social distancing. To date, no study has established the efficacy of social distancing to modify the transmission of SARS CoV2. Public health officials have referenced:

https://jamanetwork.com/journals/jama/fullarticle/2762694 31

https://www.ncbi.nlm.nih.gov/pmc/articles/PMC4420971/ 32

https://www.cdc.gov/coronavirus/2019-ncov/prevent-getting-sick/cloth-face-cover-guidance.html 33 Werner E. Bischoff, Katrina Swett, Iris Leng, Timothy R. Peters, Exposure to Influenza Virus Aerosols During Routine Patient Care, The Journal of Infectious Diseases, Volume 207, Issue 7, 1 April 2013, Pages 1037– 1046,

https://doi.org/10.1093/infdis/jis773

https://www.ncbi.nlm.nih.gov/pmc/articles/PMC5907354/#CR43

In contravention to established science, States, municipalities, and businesses have violated the legal requirements for the promulgation of medical counter measures during a public health emergency stating a "belief" that social distancing of a healthy population limits the spread of SARS CoV-2. To date, not a single study has confirmed that social distancing of any population prevented the transmission of, or the infection by SARS CoV-2. It is unlawful under the FTC Act, 15 U.S.C. §41 et seq., to advertise that a product or service can prevent, treat, or cure human disease unless you possess competent and reliable scientific evidence, including, when appropriate, well- controlled human clinical studies, substantiating that the claims are true at the time they are made. As a result, every party promoting the use of face masks is violating the FTC Act. All of these laws have been broken. All relevant authorities in the United States must cease and desist the use of face masks until the matters above are rectified.

CAUSE OF ACTION

Dr. Anthony Fauci has forced upon the healthy population of the United States an **unlawful clinical trial** in which the U.S. Department of Health and Human Services are extrapolating epidemiologic data. No informed consent has been sought or secured for any of the "medical countermeasures" forced upon the population and no independent review board – as defined by the statute – has been empaneled. It is presumed that the CDC and its associates were: a) fully aware of the work being performed using their patented technology; b) entered into explicit or implicit agreements including licensing, or other consideration; and, c) willfully engaged one or more foreign interests to carry forward the exploitation of their proprietary technology when the U.S. Supreme Court confirmed that such patents were illegal, and the National Institutes of Health issued a moratorium on such research. To add insult to injury, numerous administrative agencies are issuing administrative "guidelines" that are based upon the **CDC's erroneous and illegal "mandates" and commercial legal relations are being adversely affected such that these "guidelines" are being treated as laws. Rochelle P. Walensky (et. Al.), Director of the Centers for Disease Control and Prevention, knew or should have known that her actions were illegal and not just civilly actionable but due to the enormity of her actions (and those operating in concert with her) rise to the level of criminal as it is a maxim of law that, "external actions indicate internal intentions."**

The Criminal violation(s) in this Civil Suit is nonstop from the beginning and still going strong today. Dr. Anthony Fauci has forced upon the healthy population of the United States an unlawful clinical trial in which the U.S. Department of Health and Human Services are extrapolating epidemiologic data.

The Supreme Court made it abundantly clear that the Court had "long held" **that nature** was not patentable. The CDC made false claim(s) and misleading claims to the United States and lied beyond the Domain of patent protection.

FOR PROFIT

Based on company financial statements, the Alliance estimates that Pfizer, BioNTech, and Moderna will make pre-tax profits of $34 billion this year between them, which works out as over a thousand dollars a second, $65,000 a minute or $93.5 million a day. The monopolies these companies hold have produced five new billionaires during the pandemic, with a combined net wealth of $35.1 billion.

Pfizer 3 Quarter reports a 36 billion Profit; Moderna forecast an 18 Billion Dollar profit along with Johnson and Johnson/Jassen expected a 2.5 Billion Dollar profit. These profits are isbased on illegal transactions. It is important to note that the CDC patent applications were also rejected; not only knowing the Patent was clearly illegal, Dr Fauci knew or should have known and failed to disclose evidence that the CDC patent was illegal, based on the work he had funded in the years leading up to the SARS outbreak. Dr. Fauci's abuse of the patent law is clearly written. His bogus "invention" for profit has violated many laws and has took a lot of life(s) and love ones from their families, Mr. Fauci's, and the CDC recklessness, greed or Ego should be criminally investigated; nor less of making false claim(s) knowing the patent and other false claims were rejected from the beginning.


REMEDY

Dr. Fauci; the CDC and all that are stated in this Case should be charged with **theft, conversion, negligent misrepresentation, fiduciary misconduct, patent fraud, wire fraud, securities fraud, conspiracy, RICO, biowarfare, international terrorism, felony and homicide. Rochelle P. Walensky (et. al)**, Director of the Centers for Disease Control and Prevention, knew or should have known that her actions were illegal and not just civilly actionable but due to the enormity of her actions (and those operating in concert with her) rise to the level of criminal as it is a maxim of law that, "external actions indicate internal intentions. Ms. Walensky and her actions from travel to mask mandates where illegal from the start; both that solely benefit the conspiring parties and their co-conspirators are set as a condition for the "reopening of the country. Besides the Violations of the 1st Amendment of the Constitution, the Sherman Act, and the Clayton Act, these mentioned above people should and shall be prosecuted immediately.

Since Pfizer; and the other Drug Company's; the CDC and Dr. Fauci and his "bogus invention" and everyone's fraudulent conduct throughout the years knowing the patent fraud; and Anti-Trust laws have been broken, the Sherman Act and the Clayton Act has to be considered of any/all violations.

Since the Drug Companies, the CDC has made millions on illegal patents; fraud; Experimental (dysfunctional) PCR test, the Experimental "synthetic pathogens," the lockdowns, the mandatory testing, mask wearing, and "jabs" to keep one's job (PUBLIC or private) constitute crimes violating Nuremburg Rules among those listed in Title 18 United States Code, numerous State Laws, and common law/commercial principles. Profits for the Drug Companies exceed over 54 Billion Dollars for the calendar year of 2021, **in which under the Clayton Act which entitles the Plaintiff 3 times the amount of said illegal profits**.

REQUESTED RELEIF

Plaintiff hereby demands the amount of 162.000.000.000.00 [ONE HUNDRED SIXTY-TWO BILLION AND NO CENTS] for any/all violations stated in this Civil suit.


Respectfully Submitted

**Annette -Lynn: McKenna**
658 Brindle Drive
Clarkdale Arizona [86324]

EXHIBIT "A"

35 USC 3501

OPINION FROM JUSTICE CLARENCE THOMAS

35 U.S.C. § 101

**From Justice Clarence Thomas' opinion for the majority**

*Section 101 of the Patent Act provides: "Whoever invents or discovers any new and useful ... composition of matter, or any new and useful improvement thereof, may obtain a patent therefor, subject to the conditions and requirements of this title." 35 U.S.C. § 101.*

*We have "long held that this provision contains an important implicit exception[:] Laws of nature, natural phenomena, and abstract ideas are not patentable." Mayo, 566 U.S., at_, 132 S.Ct., at 1293 (internal quotation marks and brackets omitted). Rather, "'they are the basic tools of scientific and technological work'" that lie beyond the domain of patent protection. Id., at_, 132 S.Ct., at 1293. As the Court has explained, without this exception, there would be considerable danger that the grant of patents would "tie up" the use of such tools and thereby "inhibit future innovation premised upon them." Id., at_, 132 S.Ct., at 1301. This would be at odds with the very point of patents, which exist to promote creation. Diamond v. Chakrabarty, 447 U.S. 303, 309, 100 S.Ct. 2204, 65 L.Ed.2d 144 {1980} (Products of nature are not created, and "'manifestations... of nature [are] free to all men and reserved exclusively to none'").[3]*

In their majority opinion in 2013, the U.S. Supreme Court made it abundantly clear that the Court had "long held" that nature was not patentable. Merely isolating DNA does not constitute patentable subject matter. In their patent, the CDC made false and misleading claims to the United States Patent & Trademark Office by stating that, "A newly isolated human coronavirus has been identified as the causative agent of SARS and is termed SARS-CoV.114 No "causal" data was provided for this statement.

---

[3] *Association for Molecular Pathology v. Myriad Genetics, Inc.,* 569 U.S. 576 (2013)

[4] U.S. Patent 7,220,852

When they filed their patent application on April 25, 2003 their first claim (and the only one that survived to ultimate issuance over the objection of the patent examiner in 2006 and 2007) was the genome for SARS CoV.

While this patent is clearly illegal under 35 U.S.C. §101, not only did the CDC insist on its granting over non-final and final rejections, but they also continued to pay maintenance fees on the patent after the 2013 Supreme Court decision confirmed that it was illegal.

In addition, the CDC patented the detection of SARS CoV using a number of methods including reverse transcription polymerase chain reaction (RT-PCR). With this patent, they precluded anyone outside of their licensed or conspiring interest from legally engaging in independent verification of their claim that they had isolated a virus, that it was a causative agent for SARS, or that any therapy could be effective against the reported pathogen.

with identity ranging from 96.8% to 99.9% identical sequences.[5] Dr. Fauci knew and failed to disclose evidence that the CDC patent was illegal, based on  work he had funded in the years leading up to the SARS outbreak.

After seeking an illegal patent, petitioning to override the decision of an examiner to reject it, and ultimately prevailing with the patent's grant, the CDC lied to the public by stating they were controlling the patent so that it would be "publicly available". [6]

Tragically, this public statement is falsified by the simple fact that their own publication in Genbank had, in fact, made it public domain and thereby unpatentable. This fact, confirmed by patent examiners, was overridden by CDC in a paid solicitation to override the law.

It is important to note that the CDC's patent applications were also rejected in non-final and final rejections for ineligibility under 35 U.S.C. § 102 for being publicly disclosed prior to their own filing. In the first non-final rejection, the USPTO stated that the CDC's genome was published in four Genbank accession entries on April 14, 18, and 21, 2003

---

[5] USPTO Non-Final Rejection File #10822904, September 7, 2006, page 4.
[6] https://apnews.com/article/145b4e8d156cddc93e996ae52dc24eco

While not covered under 35 U.S.C. §101, Dr. Fauci's abuse of the patent law is detailed below. Of note, however, is his willful and deceptive use of the term "vaccine" in patents and public pronouncements to pervert the meaning of the term for the manipulation of the public.

In the 1905 Jacobson v. Mass case, the court was clear that a PUBLIC BENEFIT was required for a vaccine to be mandated. Neither Pfizer nor Moderna have proved a disruption of transmission. In Jacobson v. Massachusetts, 197 U.S. 11 (1905}, the court held that the context for their opinion rested on the following principle:

"This court has more than once recognized it as a fundamental principle that 'persons and property are subjected to all kinds of restraints and burdens in order to secure the general comfort, health, and prosperity of the state..."

The Moderna and Pfizer "alleged vaccine" trials have explicitly acknowledged that their gene therapy technology has no impact on viral infection or transmission whatsoever and merely conveys to the recipient the capacity to produce an Sl spike protein endogenously by the introduction of a synthetic mRNA sequence. Therefore, the basis for the Massachusetts statute and the Supreme Court's determination is moot in this case.

Further, the USPTO, in its REJECTION of Anthony Fauci's HIV vaccine made the following statement supporting their rejection of his bogus "invention."

Annette: McKenna
Non-Domestic
C/o: 658 Brindle Drive; near
Clarkdale [86324]
Tel: +1 707.480.6922

### Affidavit of Annette: McKenna

State of Arizona          )
                          )       Subscribed, affirmed, and sealed
Yavapai county           )

1. I, Annette: McKenna, living woman, Affiant, being over 18 years of age, of sound mind, appear in propria persona by special appearance and state that the following is true and correct to the best of my knowledge and belief under penalty of perjury to place testimonial evidence on the commercial record.

2. Affiant appears from the soil/Land, on the county at Large, Yavapai county, in accord with the premises set forth in Norton v. Shelby County, 118 U.S. 425 (1886), and am not a fiction at law.

3. On or about August 24th the President and CEO of HP Inc., Enrique Lores, with the approval of the HP Board of Director's (Aida Alvarez, Stacy Brown-Philpot, Mary Anne Citrino, Shumeet Banerji, Robert R. Bennett, Chip Bergh, Bruce Broussard, Richard L. Clemmer, Jami Miscik, and Subra Suresh) sent an all-employee communication that COVID-19 vaccination was required to access continental United States (US) HP sites, partner sites, and events. In reading the communication further he stated, "Research from the world's most respected medical and public health experts shows that vaccines are safe and dramatically reduce infection rates as well as risk of severe illness or death from COVID-19." He also stated, "Just yesterday, the US Federal Drug Administration granted full approval

to the Pfizer BioNTech vaccine, a designation that is granted only after a rigorous process that ensures a vaccine's safety and effectiveness. Full approval of the Moderna and Johnson & Johnson vaccines are expected, as well."

4. Both statements are false.  I have personally done my research and multiple scientists trained in epidemiology have stated that COVID-19 has never been isolated therefore the Polymerase Chain Reaction (PCR) testing is false and no vaccination can be made for a virus that has never been isolated.  The Food and Drug Administration (FDA) has not approved any vaccine and all vaccines remain under Emergency Use Only (EUA).

5.  Affiant's Director, Dan Barrett, asked if I had any questions on or about September 9, 2021.  I stated, "Yes.  That no individual has the right to instruct me or to force me to put something into my body against my will. I am a sovereign being and I am the only one that can determine what goes into my body and therefore I choose not to take the vaccine. Nor will I submit to any PCR testing as it is not a valid measurable test, and the test has unknown properties in the swabs.  I explained that any compulsory Covid-19 vaccination requirement is a violation of federal law. I urged HP to advise all employees that they have the right to take (or refuse) any COVID-19 vaccine. Any other action is contrary to federal law.  My concerns were neither answered nor did HP notify any employee of their rights.  My statements were ignored, and my director did not follow-up with me personally.

6. I have received two notices thereafter on or about September 9, 2021 and September 21, 2021 from HP Human Resources (HR), Nicolina

1   Marzicola, HR Lead, Enterprise COVID-19 PMO, that I have not

2   uploaded my vaccination status and that I missed the deadline of

3   asking for an exemption. I do not have to ask for an exemption as

4   HP, as my employer, has no legal right to enforce a bioweapon on me.

5   I see this as a direct assault on my health and wellbeing and I do

6   not consent in putting my life in danger over a mandate as HP has no

7   binding legal or contractual authority to enforce, as such an

8   agreement would constitute an unconscionable contract.

9   7. HP has stated in their FAQ, "If I choose not to provide proof of

10   vaccination, am I at risk of being fired? (updated 16 September

11   2021). The purpose of the vaccination requirement is to protect the

12   wider HP community from COVID-19, not penalize individuals who

13   cannot be vaccinated or choose not to share their vaccination

14   status. Every circumstance is different, and HP will work with those

15   who do not qualify for an accommodation to find an outcome that

16   supports both HP's responsibility to safeguard the health of all

17   employees and our commitment to treating each employee with

18   integrity and respect. The deadline for employees to submit an

19   accommodation request in Workday in order to meet the requirement's

20   effective date of 1 November was 23 September. You can still submit

21   a request in Workday after 23 September, but your case may not be

22   resolved prior to 1 November, putting you at risk for non-

23   compliance. We recognize that some individuals may have reservations

24   or objections to being vaccinated or sharing their vaccination

25   status. However, we require employees to abide by many policies

    governing workplace conduct for the welfare of our wider HP

    community and the good of the company. This vaccination requirement

[McKenna HP Sworn Affidavit], Page **3** of **6**

1    is consistent with those requirements and reflects our broader

2    responsibility to protect the health and safety of the entire HP

3    community. As with all other HP policies and protocols, employees

4    who choose not to comply with these requirements are subject to

5    consequences up to and including termination. If they are designated

6    as an onsite or flex worker with responsibilities that require them

7    to be on-site, they may not be able to fulfill their

8    responsibilities or perform at an acceptable level. If HP and the

9    employee can find no suitable alternatives, it can ultimately lead

10   to a difficult decision impacting the employee's ability to remain

11   in their role or even with HP."

12  8. Affiant's Vice President and General Manager, Grad Rosenbaum who was

13     instructed by HP Executive Leadership Christoph Shell, Chief

14     Commercial Officer, and Tuan A Tran, Print Staff, to inquire with

15     any employee who did not comply with loading their vaccination

16     status.  Grad Rosenbaum on or about October 26, 2001, sent a message

17     through zoom chat, "GM! We understand that you have not yet taken

18     action in Workday to upload your proof of vaccination or request an

19     accommodation.  Compliance by 1 November 2021 is critical to avoid

20     any disruption to the business or your ability to perform your

21     role.  If you have no intention of complying, please let us know,

22     otherwise update your information in Workday by 27 October 2021."

23  9. Prior to the most recent communication from HP Inc as stated above

24     on or about May 5, 2021, Tashi Theisman, Head of Global Benefits and

25     Employee Mobility, on the importance of getting vaccinated as soon

       as possible and on or about February 22, 2021 Tracy Keogh, then the

       Chief Human Resources Officer announced that HP was exploring

1   partnerships with governments and healthcare providers that would

2   make it easier for employees who meet their location's eligibility

3   guidelines to be vaccinated. As early as July 9, 2020 Dave Prezzano,

4   then the General Manager and Global Head, Print Services & Solutions

5   mandating wearing a face covering at any worksite.

6   10.   As a sovereign woman of the land, I claim my right to govern my

7   rightful decisions over my health and elect not to inject myself

8   with any experimental drug. I will not waiver my rights under the

9   force of an employer with the threat of my job.

10   \
     \
11   \

12

13

14

15

16

17

18

19

20

21

22

23

24

25

I, Annette: McKenna, under penalty of perjury, do hereby affirm that I have fully read and understand the foregoing criminal complaint and affirm that all averments contained in this document are true and correct to the best of my knowledge and belief.

Annette: McKenna, Affiant, a living breathing lawful woman
Beneficiary of Original Jurisdiction

Jurat/Acknowledgment

State of Arizona          )
                          )     Subscribed, affirmed, and sealed
Yavapai county            )

On this 17th day of November 2021, the person listed above did personally appear before me, is known to be the person described herein, who executed the foregoing, acknowledged the contents thereof, and executed the same as his free act and deed.  Subscribed before me the undersigned Notary.

seal

Notary Officer

LANCE R. PETERSON
Notary Public - State of Arizona
YAVAPAI COUNTY